[No. 56652-1-I. Division One. January 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK EDWARD SHREFFNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02327-5, James H. Allendoerfer, J., entered July 27, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.

[No. 57128-1-I. Division One. January 8, 2007.]

LUANNE COACHMAN ET AL., *Respondents*, v. THOMAS MCSHERRY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-27599-1, Laura Gene Middaugh, J., entered August 30 and September 28, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Becker, J.

[No. 34118-2-II. Division Two. January 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS MICHAEL SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00113-5, Robert L. Harris, J., entered November 18, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 23570-0-III. Division Three. January 9, 2007.]

*In the Matter of the Personal Restraint of* TROY D. KAMPS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.